BLAU | KEANE LAW GROUP, P.C.
David S. Blau (Bar No. 166825)
Ron L. Nelson (Bar No. 130722)
128 Center Street
El Segundo, California 90245
(310) 410-1900 phone - (310) 410-1901 fax
david@blaulaw.net
ron@blaulaw.net

Attorneys for Plaintiff INTERSTATE FIRE AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE FIRE AND CASUALTY COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>FIRST SPECIALTY INSURANCE COMPANY;  AND DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 2:17-CV-01795-KJM-AC<br><br>**STIPULATION AND ORDER RE MODIFICATION TO INITIAL PHASE DISCOVERY SCHEDULING ORDER [ECF Doc. 12] TO EXTEND DEADLINE TO AMEND COMPLAINT** |

IT IS HEREBY STIPULATED by and between plaintiff Interstate Fire and Casualty Company ("Interstate") and defendant First Specialty Insurance Corporation, ("First Specialty"), by and through their counsel of record, that the date to amend pleadings by Stipulation or Request be extended from the presently set date (90 days from November 30, 2017 Scheduling Conference) to March 15, 2018.

Accordingly, the parties respectfully request that this Court orders

1

**STIPULATION AND ORDER RE MODIFICATION TO INITIAL PHASE DISCOVERY SCHEDULING ORDER [ECF Doc. 12] TO EXTEND DEADLINE TO AMEND COMPLAINT BY STIPULATION OR MOTION**

Modification of the Initial Phase Discovery Scheduling Order to reflect same.

DATED: February 23, 2018        BLAU | KEANE LAW GROUP, P.C.


By: __/s/ David Blau_____
    David S. Blau
    Ron Nelson
    Attorneys for Plaintiff
    INTERSTATE FIRE AND
    CASUALTY COMPANY


DATED: February 23, 2018        CRESSWELL, ECHEGUREN,
                                RODGERS & HARVEY


By: __/s/ Matthew Harvey_____
    Matthew S. Harvey
    Sharon R. Lewis
    Attorneys for Defendant FIRST
    SPECIALTY INSURANCE
    CORPORATION


**IT IS SO ORDERED.**

DATED: February 26, 2018.

_____
UNITED STATES DISTRICT JUDGE