UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FIRST SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | No. 2:17-cv-1795-KJM-AC<br><br>AMENDMENT TO THE INITIAL PHASE DISCOVERY SCHEDULING ORDER, LEAVE TO AMEND AND STIPULATED EXTENSION OF STATUS CONFERNECE |

The parties jointly request (ECF No. 19): (1) leave for plaintiff to file an amended complaint, *see* ECF No. 19-1; (2) the court amend the initial phase discovery scheduling order (ECF No. 12) to extend all discovery and disclosure dates by 90 days; and (3) the court extend the Status Conference currently scheduled for April 20, 2018 by at least 90 days to a date in July. Good cause appearing, the court GRANTS all three requests. The court GRANTS plaintiff leave to file the amended complaint at ECF No. 19-1, with an answer to the complaint DUE within twenty-one (21) days. The court also GRANTS the requested amendment to the initial phase discovery scheduling order as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Initial Written and Document Discovery Completed | May 1, 2018 | July 30, 2018 |
| Abstention from Taking Depositions Until: | May 1, 2018 | July 30, 2018 |

1

This amendment does not alter any other portions of the initial phase discovery scheduling order (ECF No. 12).

The court also VACATES the Status Conference set for April 20, 2018 at 10:00 AM and SETS the Status Conference to July 19, 2018 at 2:30 PM in Courtroom 3 (KJM) before District Court Judge Kimberly J. Mueller.

IT IS SO ORDERED.

DATED: April 3, 2018.

UNITED STATES DISTRICT JUDGE