BLAU | KEANE LAW GROUP, P.C.
David S. Blau (Bar No. 166825)
Ron L. Nelson (Bar No. 130722)
128 Center Street
El Segundo, California 90245
(310) 410-1900 phone - (310) 410-1901 fax
david@blaulaw.net
ron@blaulaw.net

Attorneys for Plaintiff INTERSTATE FIRE AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE FIRE AND CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIRST SPECIALTY INSURANCE COMPANY; AND DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:17-CV-01795-KJM-AC<br><br>The Hon. Kimberly J. Mueller<br><br>**NOTICE OF INTERSTATE FIRE AND CAUSUALTY COMPANY'S DISMISSAL OF CLAIMS PURSUANT TO POLICIES ISSUED TO L.A.R.K. INDUSTRIES, INC. DBA RESIDENTIAL DESIGN SERVICES** |

Plaintiff Interstate Fire and Casualty Company ("Interstate"), by and through counsel of record, hereby requests that the Court dismisses the following claims for recovery of defense expense and/or indemnity from First Specialty Insurance Company ("FSIC") pursuant to policies issued by FSIC to L.A.R.K. Industries, Inc. dba Residential Design Services, without prejudice, and pursuant to FSIC's agreement, and consent of this court at the Case Management Conference for this matter held on September 27, 2018:

(i.) Dodge v. Centex Homes, Riverside County Superior Court Case No. RIC 1100867;

(ii.) Cruz v. Corman Leigh Communities, Riverside County Superior Court Case No. MCC 1400164;

(iii.) Andreski v. Centex Homes, Riverside County Superior Court Case No. RIC 1501186; and

(iv.) Arroza v. Centex Homes, Riverside County Superior Court Case No. RIC 1205976.

DATED: October 17, 2018                     BLAU | KEANE LAW GROUP, P.C.

                                                  By: ___/s/ David S. Blau_____
                                                         David S. Blau
                                                         Ron Nelson
                                                         Attorneys for Plaintiff
                                                         INTERSTATE FIRE AND
                                                         CASUALTY COMPANY

## ORDER

Pursuant to the foregoing this Court dismisses the above-referenced claims for recovery of expense and indemnity without prejudice.

**IT IS SO ORDERED.**

DATED: October 24, 2018.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE