UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FIRST SPECIALTY INSURANCE COMPANY; AND DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:17-cv-01795-KJM-AC<br><br>ORDER |

The court previously determined efficient resolution of this case required two phases of litigation and ordered the parties to file a joint status report with a proposed schedule for discovery and dispositive motion practice for the first phase of litigation. ECF No. 28 at 2. Unable to reach agreement, the parties jointly submitted their "alternative plans and positions." ECF No. 30 at 2. After reviewing the parties' report, the court ORDERS as follows:

(1) All Phase One fact discovery must be completed by March 1, 2019;

(2) The parties must engage in meaningful meet and confer efforts prior to filing dispositive motions;

(3) Dispositive motions concerning Phase One must be heard no later than May 3, 2019; and

(4) The parties' memoranda of points and authorities in support of their motions for summary judgment as well as the oppositions to such motions, if any, may not exceed 30 pages and their reply briefs may not exceed 15 pages.

DATED: November 14, 2018.

_____
UNITED STATES DISTRICT JUDGE