BLAU | KEANE LAW GROUP, P.C.
David S. Blau (Bar No. 166825)
Ron L. Nelson (Bar No. 130722)
128 Center Street
El Segundo, California 90245
(310) 410-1900 phone - (310) 410-1901 fax
david@blaulaw.net
ron@blaulaw.net

Attorneys for Plaintiff INTERSTATE FIRE AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE FIRE AND CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIRST SPECIALTY INSURANCE COMPANY;  AND DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:17-CV-01795-KJM-AC<br><br>**STIPULATION AND ORDER RE MODIFICATION TO ORDER [ECF Doc. 31] TO EXTEND DEADLINE FOR PHASE ONE DISPOSITIVE MOTIONS** |

　　　IT IS HEREBY STIPULATED by and between plaintiff Interstate Fire and Casualty Company ("Interstate") and defendant First Specialty Insurance Corporation, ("First Specialty"), by and through their counsel of record, that the deadline for Phase One Dispositive Motions in this matter be extended from the presently set date of May 3, 2019, to May 17, 2019.  Interstate and First Specialty respectfully submit to this Court that there is good cause for this extension as there

are no available dates for setting the hearing for these motions at or close before the original deadline (May 3, 2019), and because May 17, 2019 is the first date this Court is hearing civil law and motion matters after the presently pending deadline. Neither party anticipates requesting any further extension.

DATED: March 7, 2019             BLAU | KEANE LAW GROUP, P.C.

By: __/s/ David S. Blau_____
    David S. Blau
    Ron Nelson
    Attorneys for Plaintiff
    INTERSTATE FIRE AND
    CASUALTY COMPANY

DATED: March 7, 2019             CRESSWELL, ECHEGUREN, RODGERS & HARVEY

By: _/s/ Matthew S. Harvey_____
    Matthew S. Harvey
    Sharon R. Lewis
    Attorneys for Defendant FIRST
    SPECIALTY INSURANCE
    CORPORATION

    IT IS SO ORDERED.

DATED: March 4, 2019.

_____
UNITED STATES DISTRICT JUDGE